```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

CHRISTOPHER CHISHOLM,                :

                Plaintiff,           :

        - against -                  :    ORDER

NEW YORK CITY DEPARTMENT OF          :    08 Civ. 1502 (DC)
CORRECTION et al.,
                                     :
                Defendants.
                                     :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/2008

**CHIN, District Judge**

      The time for <u>pro se</u> plaintiff Christopher Chisholm to serve defendants is extended until July 7, 2008.

      SO ORDERED.

Dated:    New York, New York
           May 23, 2008

                                      DENNY CHIN
                                      United States District Judge